**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

United States of America,

Plaintiff,

v.                                                  Civil Action No. 5:21-CV-723 (GTS/ML)

$12,257 in U.S. Currency,

**JUDGEMENT IN A CIVIL CASE**

Defendants.

**WHEREAS**, by virtue of the Final Order of Forfeiture filed with the United States District

Court for the Northern District of New York, on ___July 6, 2022___, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the $12,257 in U.S. Currency are

hereby forfeited to the United States of America to be disposed of in accordance with law.

July 6, 2022
Date

Clerk of Court

Shelly Muller
(By) Deputy Clerk